**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Benjamin A. Ginder | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 23-13409 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CSMC 2019-RPL10 Trust and index same on the master mailing list.

    Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
14 Nov 2023, 15:51:54, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 4c9554bf5bc4eb85573f6d3296b5d961a0e415b087cc49bcf8cd54431321c07f