United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 23-13409-amc

Benjamin A. Ginder                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 13, 2023 | Form ID: 130 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Benjamin A. Ginder, 1125 Passer Road, Coopersburg, PA 18036-9631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| PAUL H. YOUNG | on behalf of Debtor Benjamin A. Ginder support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                 )
     Benjamin A. Ginder        )       Case No. 23–13409–amc
                     )
                     )
     Debtor(s).              )       Chapter: 13
                     )
                     )

## Order Requiring Documents

       **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

       It is hereby ORDERED that:

       1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

            Documents and Deadline

            Means Test Calculation 122C–2 Due 11/24/23
            Plan Due 11/24/23
            Schedules AB–J Due 11/24/23
            Statement of Attorney Compensation Due 11/24/23
            Statement of Current Monthly Income (122C–1) Due 11/24/23
            Statement of Financial Affairs Due 11/24/23
            Summary of Assets and Liabilities Due 11/24/23

       2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: November 13, 2023                 By the Court

                                       Ashely M. Chan
                                       Judge, United States Bankruptcy Court