IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> BENJAMIN A. GINDER, <br><br> Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORTATION, <br><br> Movant, <br><br> v. <br><br> BENJAMIN A. GINDER, and <br> MARIA R. FRICKER, Non-Filing Debtor, and <br> SCOTT F. WATERMAN, Trustee, <br>         Respondents. | Bankruptcy No. 23-13409-amc <br><br> Chapter 13 |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on March 26, 2024, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Benjamin A. Ginder <br> 1125 Passer Road <br> Coopersburg, PA 18036 | PAUL H. YOUNG <br> Young, Marr, Mallis & Deane, LLC <br> 3554 Hulmeville Rd. <br> Ste 102 <br> Bensalem, PA 19020 |
| Maria R. Fricker <br> 1421 Cowpath Road <br> Hatfield, PA 19440 | |

| | |
|---|---|
| SCOTT F. WATERMAN [Chapter 13] <br> Chapter 13 Trustee <br> 2901 St. Lawrence Ave. <br> Suite 100 <br> Reading, PA 19606 | United States Trustee <br> Office of United States Trustee <br> Robert N.C. Nix Federal Building <br> 900 Market Street <br> Suite 320 <br> Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135