**Quad/Graphics Marketing, LLC**
N61 W23044 Harry's Way
Sussex, WI 53089
866/275-1737

**Benjamin Ginder**
1125 Passer Rd
Coopersburg, PA 18036

| | | |
|---|---|---|
| Pay Group: | Quad US Weekly | Business Unit: 05 Direct Mail |
| Pay Begin Date: | 11/19/2023 | Advice #: 000001134548258 |
| Pay End Date: | 11/25/2023 | Advice Date: 11/30/2023 |

| | | |
|---|---|---|
| Employee ID : | 116198 | |
| Department : | 008 Plate | |
| Location : | 04J US PA Chalfont | |
| Job Title : | CHAL- Pre-Press Lead | |
| Pay Rate : | $27.84 Hourly | |

| TAX DATA: | FEDERAL | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 1 | 0 |
| Extra Amt: | 0.00 | 0 |

### HOURS AND EARNINGS

| | | | Current | | YTD | |
|---|---|---|---|---|---|---|
| Description | Multiple | Rate | Hours | Earnings | Hours | Earnings |
| HOL Holiday Pay | 1.00 | 27.84 | 24.00 | 668.16 | 96.00 | 2,614.32 |
| REG Regular | 1.00 | 28.84 | 22.40 | 646.02 | 1,684.28 | 47,062.89 |
| OVT Overtime | | | 0.00 | 0.00 | 195.93 | 8,251.31 |
| VAC Vacation | | | 0.00 | 0.00 | 164.00 | 4,455.60 |
| **Total:** | | | **56.68** | **46.40** | 1,314.18 | 1,780.28 | 62,384.12 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 112.42 | 5,857.76 |
| Fed OASDI/EE | 76.65 | 3,635.59 |
| Fed MED/EE | 17.93 | 850.26 |
| PA Withholding | 37.92 | 1,798.74 |
| SUI Employee Withheld | 0.92 | 43.70 |
| PA Springf Withholding | 9.26 | 439.41 |
| Head Tax Withheld | 1.00 | 48.00 |
| School Withheld | 6.18 | 292.97 |
| **Total:** | **262.28** | **12,966.43** |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total 401k 1 to 6 | 78.85 | 3,743.07 |
| MED Core Medical | 56.67 | 2,734.05 |
| Total 401k Over 6 | 52.57 | 2,174.74 |
| DENTAL Dental | 10.48 | 501.79 |
| LTD Long Term Disability | 7.22 | 337.95 |
| VISION Vision | 4.56 | 218.88 |
| **Total:** | **210.35** | **9,710.48** |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local Tax Levy Dedn | 0.00 | 288.45 |
| Local Tax Levy Dedn | 0.00 | 32.75 |
| Loan 1 401K | 86.88 | 4,170.24 |
| Loan 2 401K | 53.05 | 2,546.40 |
| PUNIF Unif Adm Purch | 0.00 | 34.64 |
| Union Dues PPPWU 16N | 16.14 | 772.20 |
| **Total:** | **156.07** | **7,844.68** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Group Term Life | | |
| Spou | 0.99 | 47.06 |
| *Taxable | 0.99 | 47.06 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,314.18 | 1,104.82 | 262.28 | 366.42 | 685.48 |
| YTD: | 62,384.12 | 52,720.70 | 12,966.43 | 17,555.16 | 31,862.53 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000001134548258 | 685.48 |
| Total: | 685.48 |

---

**Quad/Graphics Marketing, LLC**
N61 W23044 Harry's Way
Sussex, WI 53089

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | ******6167 | 80.00 |
| CHECKING | ******2542 | 100.00 |
| CHECKING | ******0720 | 505.48 |
| Total: | | 685.48 |

**Benjamin Ginder**
1125 Passer Rd
Coopersburg, PA 18036

Location : 04J US PA Chalfont

Quad/Graphics Marketing, LLC
N61 W23044 Harry's Way
Sussex, WI 53089
866/275-3737

Benjamin Ginder
1125 Passer Rd
Coopersburg, PA 18036

| | | | | |
|---|---|---|---|---|
| Pay Group: | Quad US Weekly | Business Unit: | 05 Direct Mail | |
| Pay Begin Date: | 11/05/2023 | Advice #: | 000001129526095 | |
| Pay End Date: | 11/11/2023 | Advice Date: | 11/16/2023 | |

| | |
|---|---|
| Employee ID : | 116198 |
| Department : | 008 Plate |
| Location : | 04J US PA Chalfont |
| Job Title : | CHAL- Pre-Press Lead |
| Pay Rate : | $27.84 Hourly |

| TAX DATA: | FEDERAL | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 1 | 0 |
| Extra Amt: | 0.00 | 0 |

### HOURS AND EARNINGS

| Description | Multiple | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| VAC Vacation | 1.00 | 27.84 | 4.00 | 111.36 | 164.00 | 4,455.60 |
| REG Regular | 1.00 | 28.84 | 32.73 | 943.93 | 1,621.88 | 45,263.27 |
| OVT Overtime | | | 0.00 | 0.00 | 162.43 | 6,802.10 |
| HOL Holiday Pay | | | 0.00 | 0.00 | 72.00 | 1,946.16 |
| Total: | | | 56.68 | 36.73 | 1,053.29 | 1,785.88 | 58,467.13 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 78.35 | 5,372.84 |
| Fed OASDI/EE | 60.60 | 3,402.40 |
| Fed MED/EE | 14.17 | 795.72 |
| PA Withholding | 29.97 | 1,683.34 |
| SUI Employee Withheld | 0.74 | 40.96 |
| PA Springf Withholding | 7.32 | 411.22 |
| Head Tax Withheld | 1.00 | 46.00 |
| School Withheld | 4.88 | 274.17 |
| Total: | 197.03 | 12,026.65 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total 401k 1 to 6 | 63.32 | 3,508.05 |
| MED Core Medical | 56.67 | 2,620.71 |
| Total 401k Over 6 | 42.21 | 2,018.06 |
| DENTAL Dental | 10.48 | 480.83 |
| LTD Long Term Disability | 7.22 | 323.51 |
| VISION Vision | 4.56 | 209.76 |
| Total: | 184.46 | 9,160.92 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local Tax Levy Dedn | 0.00 | 288.45 |
| Local Tax Levy Dedn | 0.00 | 32.75 |
| Loan 1 401K | 86.88 | 3,996.48 |
| Loan 2 401K | 53.05 | 2,440.30 |
| PUNIF Unif Admn Purch | 0.00 | 34.64 |
| Union Dues PPPWU 16N | 16.14 | 739.92 |
| Total: | 156.07 | 7,532.54 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Group Term Life Spou | 0.99 | 45.08 |
| *Taxable | 0.99 | 45.08 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,053.29 | 871.82 | 197.03 | 340.53 | 517.73 |
| YTD: | 58,467.13 | 49,351.29 | 12,026.65 | 16,693.46 | 29,747.02 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000001129526095 | 517.73 |
| Total: | 517.73 |

---

Quad/Graphics Marketing, LLC
N61 W23044 Harry's Way
Sussex, WI 53089

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | ******6167 | 80.00 |
| CHECKING | ******2542 | 100.00 |
| CHECKING | ******0720 | 337.73 |
| Total: | | 517.73 |

Benjamin Ginder
1125 Passer Rd

Coopersburg, PA 18036

Location : 04J US PA Chalfont

**Quad/Graphics Marketing, LLC**
N61 W23044 Harry's Way
Sussex, WI 53089
866/275-3737

| | |
|---|---|
| Pay Group: | Quad US Weekly |
| Pay Begin Date: | 10/29/2023 |
| Pay End Date: | 11/04/2023 |
| Business Unit: | 05 Direct Mail |
| Advice #: | 000001125984579 |
| Advice Date: | 11/09/2023 |

Benjamin Ginder
1125 Passer Rd
Coopersburg, PA 18036

| | |
|---|---|
| Employee ID: | 116198 |
| Department: | 008 Plate |
| Location: | 04J US PA Chalfont |
| Job Title: | CHAL- Pre-Press Lead |
| Pay Rate: | $27.84 Hourly |

| TAX DATA: | FEDERAL | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 1 | 0 |
| Extra Amt: | 0.00 | 0 |

### HOURS AND EARNINGS

| Description | Multiple | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| OVT Overtime | 1.50 | 28.84 | 10.00 | 432.60 | 162.43 | 6,802.10 |
| REG Regular | 1.00 | 28.84 | 40.00 | 1,153.60 | 1,589.15 | 44,319.34 |
| VAC Vacation | | | | 0.00 | 160.00 | 4,344.24 |
| HOL Holiday Pay | | | | 0.00 | 72.00 | 1,946.16 |
| Total: | | 57.68 | 50.00 | 1,586.20 | 1,751.58 | 57,411.84 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 166.28 | 5,294.49 |
| Fed OASDI/EE | 93.51 | 3,341.80 |
| Fed MED/EE | 21.87 | 781.55 |
| PA Withholding | 46.27 | 1,653.37 |
| SUI Employee Withheld | 1.11 | 40.22 |
| PA Springf Withholding | 11.30 | 403.90 |
| Head Tax Withheld | 1.00 | 45.00 |
| School Withheld | 7.54 | 269.29 |
| Total: | 348.88 | 11,829.62 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total 401k 1 to 6 | 95.17 | 3,444.73 |
| Total 401k Over 6 | 63.45 | 1,975.85 |
| MED Core Medical | 56.67 | 2,564.04 |
| DENTAL Dental | 10.48 | 470.35 |
| LTD Long Term Disability | 7.22 | 316.29 |
| VISION Vision | 4.56 | 205.20 |
| Total: | 237.55 | 8,976.46 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local Tax Levy Dedn | 0.00 | 288.45 |
| Local Tax Levy Dedn | 0.00 | 32.75 |
| Loan 1 401K | 86.88 | 3,909.60 |
| Loan 2 401K | 53.05 | 2,387.25 |
| PUNIF Unif Admn Purch | 0.00 | 34.64 |
| Union Dues PPPWU 16N | 16.14 | 723.78 |
| Total: | 156.07 | 7,376.47 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Group Term Life Spou | 0.99 | 44.09 |
| *Taxable | 0.99 | 44.09 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,586.20 | 1,349.64 | 348.88 | 393.62 | 843.70 |
| YTD: | 57,411.84 | 48,479.47 | 11,829.62 | 16,352.93 | 29,229.29 |

**NET PAY DISTRIBUTION**

| | |
|---|---|
| Advice #000001125984579 | 843.70 |
| Total: | 843.70 |

---

Quad/Graphics Marketing, LLC
N61 W23044 Harry's Way
Sussex, WI 53089

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | ******6167 | 80.00 |
| CHECKING | ******2542 | 100.00 |
| CHECKING | ******0720 | 663.70 |
| Total: | | 843.70 |

Benjamin Ginder
1125 Passer Rd

Coopersburg, PA 18036

Location: 04J US PA Chalfont

**Quad/Graphics Marketing, LLC**
N61 W23044 Harry's Way
Sussex, WI 53089
866/275-3737

Benjamin Ginder
1125 Passer Rd

Coopersburg, PA 18036

| | |
|---|---|
| Pay Group: | Quad US Weekly |
| Pay Begin Date: | 10/15/2023 |
| Pay End Date: | 10/21/2023 |
| Business Unit: | 05 Direct Mail |
| Advice #: | 000001118365861 |
| Advice Date: | 10/26/2023 |

| | |
|---|---|
| Employee ID: | 116198 |
| Department: | 008 Plate |
| Location: | 04J US PA Chalfont |
| Job Title: | CHAL - Pre-Press Lead |
| Pay Rate: | $27.84 Hourly |

| TAX DATA: | FEDERAL | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 1 | 0 |
| Extra Amt: | 0.00 | 0 |

### HOURS AND EARNINGS

| Description | Multiple | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| OVT Overtime | 1.50 | 28.84 | 9.03 | 390.64 | 152.43 | 6,369.50 |
| VAC Vacation | 1.00 | 27.84 | 24.00 | 668.16 | 160.00 | 4,344.24 |
| REG Regular | 1.00 | 28.84 | 40.00 | 1,153.60 | 1,312.37 | 42,105.00 |
| HOL Holiday Pay | | | | 0.00 | 72.00 | 1,946.16 |
| Total: | | 85.52 | 73.03 | 2,212.40 | 1,824.80 | 54,764.90 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 290.26 | 5,049.27 |
| Fed OASDI/EE | 132.34 | 3,187.36 |
| Fed MED/EE | 30.95 | 745.43 |
| PA Withholding | 65.50 | 1,576.96 |
| SUI Employee Withheld | 1.54 | 38.36 |
| PA Springf Withholding | 16.00 | 385.24 |
| Head Tax Withheld | 1.00 | 43.00 |
| School Withheld | 10.67 | 256.84 |
| Total: | 548.26 | 11,282.46 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total 401k 1 to 6 | 132.74 | 3,285.92 |
| Total 401k Over 6 | 88.50 | 1,869.97 |
| MED Core Medical | 56.67 | 2,450.70 |
| DENTAL Dental | 10.48 | 449.39 |
| LTD Long Term Disability | 7.22 | 301.85 |
| VISION Vision | 4.56 | 196.08 |
| Total: | 300.17 | 8,553.91 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local Tax Levy Dedn | 0.00 | 288.45 |
| Local Tax Levy Dedn | 0.00 | 32.75 |
| Loan 1 401K | 86.88 | 3,735.84 |
| Loan 2 401K | 53.05 | 2,281.15 |
| PUNIF Unif Adm Purch | 0.00 | 34.64 |
| Union Dues PPPWU 16N | 16.14 | 691.50 |
| Total: | 156.07 | 7,064.33 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Group Term Life Spou | 0.99 | 42.11 |
| *Taxable | 0.99 | 42.11 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,212.40 | 1,913.22 | 548.26 | 456.24 | 1,207.90 |
| YTD: | 54,764.90 | 46,253.10 | 11,282.46 | 15,618.24 | 27,864.20 |

**NET PAY DISTRIBUTION**
Advice #000001118365861 ........ 1,207.90
Total: 1,207.90

---

Quad/Graphics Marketing, LLC
N61 W23044 Harry's Way
Sussex, WI 53089

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | ******6167 | 80.00 |
| CHECKING | ******2542 | 100.00 |
| CHECKING | ******0720 | 1027.90 |
| Total: | | 1,207.90 |

Benjamin Ginder
1125 Passer Rd

Coopersburg, PA 18036

Location: 04J US PA Chalfont

**Quad/Graphics Marketing, LLC**
N61 W23044 Harry's Way
Sussex, WI 53089
866/275-3737

| | |
|---|---|
| Pay Group: | Quad US Weekly |
| Pay Begin Date: | 10/08/2023 |
| Pay End Date: | 10/14/2023 |
| Business Unit: | 05 Direct Mail |
| Advice #: | 000001114820032 |
| Advice Date: | 10/19/2023 |

Benjamin Ginder
1125 Passer Rd
Coopersburg, PA 18036

| | |
|---|---|
| Employee ID: | 116198 |
| Department: | 008 Plate |
| Location: | 04J US PA Chalfont |
| Job Title: | CHAL- Pre-Press Lead |
| Pay Rate: | $27.84 Hourly |

| TAX DATA: | FEDERAL | | PA State |
|---|---|---|---|
| Tax Status: | Single | | |
| Allowances: | 1 | | 0 |
| Extra Amt: | 0.00 | | 0 |

### HOURS AND EARNINGS

| Description | Multiple | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| REG Regular | 1.00 | 28.84 | 36.77 | 1,060.45 | 1,472.37 | 40,951.40 |
| OVT Overtime | | | 0.00 | 0.00 | 143.40 | 5,978.86 |
| VAC Vacation | | | 0.00 | 0.00 | 136.00 | 3,676.08 |
| HOL Holiday Pay | | | 0.00 | 0.00 | 72.00 | 1,946.16 |
| **Total:** | | 28.84 | 36.77 | 1,060.45 | 1,472.37 | 52,552.50 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 78.91 | 4,759.01 |
| Fed OASDI/EE | 60.91 | 3,055.02 |
| Fed MED/EE | 14.25 | 714.48 |
| PA Withholding | 30.13 | 1,511.46 |
| SUI Employee Withheld | 0.75 | 36.82 |
| PA Springf Withholding | 7.36 | 369.24 |
| Head Tax Withheld | 1.00 | 42.00 |
| School Withheld | 4.91 | 246.17 |
| **Total:** | 198.22 | 10,734.20 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total 401k 1 to 6 | 63.63 | 3,153.18 |
| MED Core Medical | 56.67 | 2,394.03 |
| Total 401k Over 6 | 42.42 | 1,781.47 |
| DENTAL Dental | 10.48 | 438.91 |
| LTD Long Term Disability | 7.22 | 294.63 |
| VISION Vision | 4.56 | 191.52 |
| **Total:** | 184.98 | 8,253.74 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local Tax Levy Dedn | 0.00 | 288.45 |
| Local Tax Levy Dedn | 0.00 | 32.75 |
| Loan 1 401K | 86.88 | 3,648.96 |
| Loan 2 401K | 53.05 | 2,228.10 |
| PUNIF Unif Admn Purch | 0.00 | 34.64 |
| Union Dues PPPWU 16N | 16.14 | 675.36 |
| **Total:** | 156.07 | 6,908.26 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Group Term Life Spou | 0.99 | 41.12 |
| *Taxable | 0.99 | 41.12 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,060.45 | 876.46 | 198.22 | 341.05 | 521.18 |
| YTD: | 52,552.50 | 44,339.88 | 10,734.20 | 15,162.00 | 26,656.30 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #000001114820032 | 521.18 |
| Total: | 521.18 |

---

Quad/Graphics Marketing, LLC
N61 W23044 Harry's Way
Sussex, WI 53089

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| CHECKING | ******6167 | 80.00 |
| CHECKING | ******2542 | 100.00 |
| CHECKING | ******0720 | 341.18 |
| Total: | | 521.18 |

Benjamin Ginder
1125 Passer Rd
Coopersburg, PA 18036

Location : 04J US PA Chalfont

**Quad/Graphics Marketing, LLC**
N61 W23044 Harry's Way
Sussex, WI 53089
866/275-3737

| | |
|---|---|
| Pay Group: | Quad US Weekly |
| Pay Begin Date: | 10/01/2023 |
| Pay End Date: | 10/07/2023 |
| Business Unit: | 05 Direct Mail |
| Advice #: | 000001112019915 |
| Advice Date: | 10/12/2023 |

**Benjamin Ginder**
1125 Passer Rd
Coopersburg, PA 18036

| | |
|---|---|
| Employee ID: | 116198 |
| Department: | 008 Plate |
| Location: | 04J US PA Chalfont |
| Job Title: | CHAL- Pro-Press Lead |
| Pay Rate: | $27.03 Hourly |

**TAX DATA:** FEDERAL / PA State
Tax Status: Single
Allowances: 1 / 0
Extra Amt: 0.00 / 0

### HOURS AND EARNINGS

| Description | Multiple | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| OVT Overtime | 1.50 | 28.03 | 9.03 | 379.67 | 143.40 | 5,978.86 |
| REG Regular | 1.00 | 28.03 | 40.00 | 1,121.20 | 1,435.60 | 39,890.95 |
| VAC Vacation | | | | 0.00 | 136.00 | 3,676.08 |
| HOL Holiday Pay | | | | 0.00 | 72.00 | 1,946.16 |
| Total: | | | 56.06 | 49.03 | 1,500.87 | 1,579.00 | 51,492.05 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 149.43 | 4,680.10 |
| Fed OASDI/EE | 88.24 | 2,994.11 |
| Fed MED/EE | 20.63 | 700.23 |
| PA Withholding | 43.66 | 1,481.33 |
| SUI Employee Withheld | 1.05 | 36.07 |
| PA Springf Withholding | 10.67 | 361.88 |
| Head Tax Withheld | 1.00 | 41.00 |
| School Withheld | 7.11 | 241.26 |
| Total: | 321.79 | 10,535.98 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total 401k 1 to 6 | 90.05 | 3,089.55 |
| Total 401k Over 6 | 60.03 | 1,739.05 |
| MED Core Medical | 56.67 | 2,337.36 |
| DENTAL Dental | 10.48 | 428.43 |
| LTD Long Term Disability | 7.01 | 287.41 |
| VISION Vision | 4.56 | 186.96 |
| Total: | 228.80 | 8,068.76 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local Tax Levy Dedn | 0.00 | 288.45 |
| Local Tax Levy Dedn | 0.00 | 32.75 |
| Loan 1 401K | 86.88 | 3,562.08 |
| Loan 2 401K | 53.05 | 2,175.05 |
| PUNIF Unif Admn Purch | 0.00 | 34.64 |
| Union Dues PPPWU 16N | 16.14 | 659.22 |
| Total: | 156.07 | 6,752.19 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Group Term Life | | |
| Spou | 0.99 | 40.13 |
| *Taxable | 0.99 | 40.13 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,500.87 | 1,273.06 | 321.79 | 384.87 | 794.21 |
| YTD: | 51,492.05 | 43,463.42 | 10,535.98 | 14,820.95 | 26,135.12 |

**NET PAY DISTRIBUTION**
Advice #000001112019915 ... 794.21
Total: 794.21

---

Quad/Graphics Marketing, LLC
N61 W23044 Harry's Way
Sussex, WI 53089

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | ******6167 | 80.00 |
| CHECKING | ******2542 | 100.00 |
| CHECKING | ******0720 | 614.21 |
| Total: | | 794.21 |

Benjamin Ginder
1125 Passer Rd
Coopersburg, PA 18036

Location: 04J US PA Chalfont