IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BENJAMIN A. GINDER,<br>        Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORTATION,<br>        Movant,<br><br>     v.<br><br>BENJAMIN A. GINDER, and<br>MARIA R. FRICKER, Non-Filing Debtor, and<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | Bankruptcy No. 23-13409-amc<br><br>Chapter 13 |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK OF COURTS:

    Kindly withdraw the *Motion for Relief from the Automatic Stay* filed on behalf of Toyota Motor Credit Corporation on March 26, 2024, at Document No. 22.

Dated: August 5, 2024

                                                  Respectfully submitted,

                                                  By: /s/ Keri P. Ebeck
                                                  Keri P. Ebeck
                                                  PA I.D. # 91298
                                                  kebeck@bernsteinlaw.com
                                                  601 Grant Street, 9th Floor
                                                  Pittsburgh, PA 15219
                                                  412-456-8112
                                                  Fax: 412-456-8135