Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13409-AMC**

Benjamin A. Ginder  
1125 Passer Road  
Coopersburg  PA    18036

Petition Filed Date: 11/09/2023  
341 Hearing Date: 02/02/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/14/2023 | $365.00 | | 01/17/2024 | $365.00 | | 02/14/2024 | $365.00 | |
| 03/14/2024 | $365.00 | | 04/16/2024 | $365.00 | | 05/20/2024 | $365.00 | |
| 06/14/2024 | $365.00 | | 07/16/2024 | $365.00 | | | | |

**Total Receipts for the Period: $2,920.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,285.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,187.12 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC<br>»» 002 | Unsecured Creditors | $50.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC<br>»» 003 | Unsecured Creditors | $219.54 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $127.46 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $56.31 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $57.45 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» 007 | Unsecured Creditors | $149.66 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $77.36 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $646.20 | $0.00 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORP<br>»» 010 | Secured Creditors | $16,842.62 | $0.00 | $0.00 |
| 11 | SELECT PORTFOLIO SERVICING INC<br>»» 011 | Mortgage Arrears | $42,070.42 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13409-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,285.00 | Current Monthly Payment: | $365.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $328.50 | Total Plan Base: | $21,900.00 |
| Funds on Hand: | $2,956.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.