United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-13409-amc |
|---|---|
| Benjamin A. Ginder | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin A. Ginder, 1125 Passer Road, Coopersburg, PA 18036-9631 |
| 14829714 | | AssetCare, Lee Morris, Sherman, TX 75090 |
| 14831706 | + | CSMC 2019 RPL10 Trust, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 00:17:06 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jan 30 2025 23:59:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 14831574 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 00:04:06 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14829713 | + | Email/Text: bnc-capio@quantum3group.com | Jan 31 2025 00:00:00 | AssetCare, Attn: Bankruptcy, 2222 Texoma Parkway, Suite 180, Sherman, TX 75090-2484 |
| 14847663 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2025 00:00:00 | CSMC 2019 RPL10 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14831454 | ^ | MEBN | Jan 30 2025 23:57:11 | CSMC 2019-RPL10 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14829715 | + | Email/Text: bnc-capio@quantum3group.com | Jan 31 2025 00:00:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14829716 | + | Email/Text: bnc-capio@quantum3group.com | Jan 31 2025 00:00:00 | Capio Partners, LLC, Capio Partners Llc, Dallas, TX 75312-0001 |
| 14832907 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:17:38 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14835809 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2025 00:00:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14829718 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2025 00:00:00 | Select Portfolio Servicing, Inc, 10401 Deerwood |

District/off: 0313-2                          User: admin                                      Page 2 of 2
Date Rcvd: Jan 30, 2025                       Form ID: pdf900                           Total Noticed: 20

| | | | Park Blvd, Jacksonville, FL 32256-0505 |
|---|---|---|---|
| 14829717 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jan 31 2025 00:00:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14829720 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Jan 30 2025 23:59:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14829719 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Jan 30 2025 23:59:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14846853 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | | Jan 30 2025 23:59:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2025                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Shorebreak NPL Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2019-RPL10 Trust bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| PAUL H. YOUNG | on behalf of Debtor Benjamin A. Ginder support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13
     Benjamin A. Ginder

                                   Bankruptcy No. 23-13409-AMC

               Debtor

## ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 30, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE